134 P.3d 638

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**May 23, 2006**

| 26923 | Elizares v. State | Affirmed |
| 26270 | State v. Perez | Affirmed |

**May 24, 2006**

| 27014 | Hunt v. State | Affirmed |
| 26172 | Peca v. Riedl | Affirmed in Part and Vacated in Part |
| 27040 | Winterborne v. State | Affirmed |

**May 25, 2006**

| 27257 | Shipman v. State | Affirmed |
| 27445 | State v. Keliikoa | Affirmed |

**May 31, 2006**

| 27107 | State v. Williams | Affirmed |